William J. Brown III SB#86002
P.O. Box 231216
Encinitas, California 92023-1216
(760) 672-0084
(442) 266-8488 Fax

Attorneys for Plaintiffs
CHARLES LINCOLN; KRISTEN LINCOLN

Kathleen M. DeLaney SB# 196376
USERY & ASSOCIATES
P.O. Box 2996
Hartford, CT 06104-2996
(917) 778-6680
(844) 571-3789 Fax

# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LINCOLN, ET AL, | Case No.:   2:25-cv-01065-DJC-SCR |
| Plaintiffs, | |
| v. | **JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE and ORDER OF DISMISSAL** |
| TRAVELERS INSURANCE COMPANY, ET AL., | |
| Defendants. | |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 4l(a)(l)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

Dated:  February 23, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE